In the Matter of the Application of Louis A. Greenwald and Others, Appellants, for an Order of Mandamus against James E. Finegan, President, and Others, as Commissioners, Constituting the Municipal Civil Service Commission of the City of New York and Another, Respondents.— Order, so far as appealed from, denying petitioners' motion for a peremptory order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the Lexington Surety and Indemnity Company, Respondent. The People of the State of New York, Claimant, Appellant. (Claim No. SBB-30.) — Order, so far as appealed from, granting motion of the Superintendent of Insurance, as liquidator, etc., to confirm referee's report in so far as it recommends the disallowance of Claim No. SBB-30 of the People of the State of New York, (arising out of a forfeited recognizance), unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

Maurice Hannon, Individually on Behalf of Himself and all Other Holders of 1775 Broadway Corporation 3-Year Collateral Trust 6% Gold Notes, Similarly Situated, Appellant, v. Manufacturers Trust Company and Manufacturers Trust Company, New York, Trustee, Respondent.— Order, so far as appealed from, granting defendant's motion to strike out parts of the first cause of action in the second amended complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a further amended complaint within ten days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

Mary Eleanor Castaldo, Respondent, v. Ferdinand Castaldo, Appellant.— Order granting plaintiff's motion for additional counsel fee unanimously reversed and the motion denied, without costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

James F. Egan, Public Administrator, as Administrator, etc., of Ivar Kreuger, Deceased, Respondent, v. Jordahl & Co., Inc., and Others, Appellants, and Mae T. Deutsch, as Executrix, etc., of Armand S. Deutsch, Deceased, Respondent and Others, Defendants.— Order granting plaintiff's motion for an injunction pendente lite affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

Carroll V. Geran, Respondent, v. Bancroft Smith and Leopold Spingarn, Individually and as Copartners Doing Business, etc., as Leopold Spingarn & Co., Appellants.— Order denying defendants' motion for an additional allowance unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.